**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

FRANKLIN M. SMITH
Michigan Bar No. P76987 (Admitted *Pro Hac Vice*)
Email: fsmith@dickinsonwright.com
BRANDON L. DEBUS
Michigan Bar No. P81159 (Admitted *Pro Hac Vice*)
Email: bdebus@dickinsonwright.com
2600 W. Big Beaver Rd., Suite 300
Troy, MI 48084
Tel: (248) 433-7393
Fax: (844) 670-6009

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ACCLAIM LIGHTING, INC., a Georgia corporation; <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT BRUCK, an individual residing in La Crescenta, California; and BRUCK CONCEPTS, D/B/A INNOVATIONS IN LIGHTING, a California corporation, <br><br> Defendants. | CASE NO: 2:17-cv-00147-RFB-GWF <br><br> **STIPULATION TO EXTEND TIME FOR THE MOTION FOR SUMMARY JUDGEMENT BRIEFING SCHEDULE** <br><br> **(First Request)** |

Pursuant to Fed. R. Civ. P 6 and LR IA 6-1, Plaintiff ACCLAIM LIGHTING, INC., ("Plaintiff"), and Defendants ROBERT BRUCK, and BRUCK CONCEPTS, D/B/A INNOVATIONS IN LIGHTING's, (collectively, "Bruck") hereby stipulate to a seven day extension for the Plaintiff to file its response to Bruck's Motion for Summary Judgment ("Motion"). The Motion was filed on February 7, 2018, and the Response is currently due on

1

February 28, 2018. Pursuant to the proposed Stipulation, the Plaintiff's Response would be due on March 7, 2018, and Bruck's Reply would be due on March 21, 2018.

Presently, Plaintiff must submit its Reply in Support of its Motion for Leave to Amend (ECF 38) and has a hearing on its Motion to Compel (ECF 30, 31) on the same day the Response is currently due. The Stipulation and subsequent Extension is necessary to afford Plaintiff's counsel reasonable time to fully and completely respond to the Motion. The Stipulation is made in good faith, and is not an attempt to unduly delay the litigation.

**IT IS SO ORDERED:**

RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of February, 2018.

Respectfully submitted:

Dated this 23rd day of February 2018.

| DICKINSON WRIGHT PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Franklin M. Smith<br>FRANKLIN M. SMITH<br>Michigan Bar No. P76987<br>(Admitted Pro Hac Vice)<br>Email: fsmith@dickinson-wright.com<br>BRANDON L. DEBUS<br>Michigan Bar No. P81159<br>(Admitted *Pro Hac Vice*)<br>Email: bdebus@dickinsonwright.com<br>2600 W. Big Beaver Rd., Suite 300<br>Troy, MI 48084<br>Tel: (248) 433-7200<br>Fax: (844) 670-6009<br><br>JOHN L. KRIEGER<br>Nevada Bar No. 6023<br>Email: jkrieger@dickinson-wright.com<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br>Tel: (702) 550-4400<br>Fax: (844) 670-6009<br><br>*Attorneys for Plaintiff* | /s/ Marc A. Karish (with permission)<br>Jeffrey D. Olster (NV Bar No. 8864)<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89052<br><br>Marc A. Karish (CA Bar No. 205440)<br>(Admitted *Pro Hac Vice*)<br>KARISH & BJORGUM, PC<br>119 E. Union Street, Suite B<br>Pasadena, California 91103<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2018, a true and correct copy of the foregoing was filed and served via the United States District Court's ECF System, which shall send notification of such filing to all counsel of record.

*/s/ Leslie N. Wolfolk*
*An employee at Dickinson Wright PLLC*

BLOOMFIELD 56697-8 2028039v1