**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

FRANKLIN M. SMITH
Michigan Bar No. P76987 (Admitted *Pro Hac Vice*)
Email: fsmith@dickinson-wright.com
BRANDON L. DEBUS
Michigan Bar No. 81159 (Admitted *Pro Hace Vice*)
Email: bdebus@dickinson-wright.com
2600 W. Big Beaver Rd., Suite 300
Troy, MI 48084
Tel: (248) 433-7200
Fax: (844) 670-6009

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ACCLAIM LIGHTING, INC., a Georgia corporation;<br><br>Plaintiffs,<br>vs.<br><br>ROBERT BRUCK, an individual residing in La Crescenta, California; and BRUCK CONCEPTS, D/B/A INNOVATIONS IN LIGHTING, a California corporation,<br><br>Defendants. | CASE NO: 2:17-cv-00147-RFB-GWF<br><br>**[Proposed] STIPULATED ORDER REGARDING SUPPLEMENTAL BRIEFING REGARDING PLAINTIFF'S MOTION TO COMPEL COMPLETE RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS** |

On February 28, 2018 the Court held a hearing on Plaintiff's Motion to Compel Complete Responses to Plaintiff's First Set of Interrogatives and First Set of Requests for Production (ECF No. 30) (the "Motion"). During the hearing, the Court requested supplemental briefing to address product numbers BC4010, BC3978, BC3836, BC3501, BC3930, , BC3868, BC3844 identified in Plaintiff's Reply Brief in support of Plaintiff's Motion to Compel and product numbers BC3702,



-1-

BC3702-G and BC3928 which were unintentionally omitted from the products identified in Plaintiff's Reply Brief. Accordingly, the parties have stipulated to submit a joint brief addressing the matter. The parties agree that the brief will consist of no more than 5 pages per side, and will be filed by Friday, March 23, 2018. Plaintiff will provide its portion of the brief to Defendants by Friday, March 16, 2018 and Defendants will provide their portion back to Plaintiff by Thursday, March 22, 2018. Both sides will cooperate to revise, finalize and file the brief by Friday, March 23, 2018.

IT IS SO STIPULATED:

| /s/ John L. Krieger | /s/ Marc Karish |
|---|---|
| John L. Krieger | Marc Karish |
| Dickinson Wright PLLC | Karish & Bjorgum, PC |
| 8363 West Sunset Road, Suite 200 | 119 E. Union Street, Suite B |
| Las Vegas, Nevada 89113-2210 | Pasadena, CA 91103 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

*George Foley Jr.*
U.S. MAGISTRATE JUDGE
DATED: 3/13/2018

