**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
STEVEN A. CALOIARO
Nevada Bar No. 12344
Email: scaloiaro@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

FRANKLIN M. SMITH
Michigan Bar No. P76987 (Admitted *Pro Hac Vice*)
Email: fsmith@dickinson-wright.com
BRANDON L. DEBUS
Michigan Bar No. 81159 (Admitted *Pro Hace Vice*)
Email: bdebus@dickinson-wright.com
2600 W. Big Beaver Rd., Suite 300
Troy, MI 48084
Tel: (248) 433-7200
Fax: (844) 670-6009

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ACCLAIM LIGHTING, INC., a Georgia corporation;<br><br>Plaintiffs,<br>vs.<br><br>ROBERT BRUCK, an individual residing in La Crescenta, California; and BRUCK CONCEPTS, D/B/A INNOVATIONS IN LIGHTING, a California corporation,<br><br>Defendants. | CASE NO: 2:17-cv-00147-RFB-GWF<br><br><br><br>**JOINT STIPULATION TO EXTEND SETTLMENT CONFERENCE**<br>**(First Request)** |

Plaintiff Acclaim Lighting, Inc. ("Acclaim" or "Plaintiff") through undersigned counsel, the law firm of Dickinson Wright, PLLC, and Defendants Robert Bruck ("Mr. Bruck") and Bruck Concepts, d/b/a Innovations in Lighting ("Bruck Concepts" and collectively "Defendants")



-1-

through undersigned counsel, the law firm of Karish & Bjorgum, PC, (collectively, Plaintiff and Defendant are referred to as the "parties") hereby stipulate and agree that the Settlement Conference, presently scheduled for November 27, 2018, is hereby adjourned until January 28, 2019, the Court's next-available date, so as to allow the parties an opportunity to complete settlement on their own. Additionally, the stay currently instituted on any other rule-imposed deadlines shall remain in place until after the Settlement Conference occurs.

This request is brought in good faith and not for the purpose of undue delay.

**IT IS SO AGREED AND STIPULATED:**

Dated this 19th day of November, 2018                Dated this 19th day of November, 2018

**DICKINSON WRIGHT PLLC**                            **KARISH & BJORGUM, PC**


/s/ John L. Krieger                                  /s/ Marc A. Karish
JOHN L. KRIEGER                                      Marc A. Karish (CA Bar No. 205440)
Nevada Bar No. 6023                                  (Admitted *Pro Hac Vice*)
STEVEN A. CALOIARO                                   119 E. Union Street, Suite B
Nevada Bar No. 12344                                 Pasadena, California 91103
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210                         Jeffrey D. Olster (NV Bar No. 8864)
Tel: (702) 550-4400                                  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                                                     6385 S. Rainbow Boulevard, Suite 600
FRANKLIN M. SMITH                                    Las Vegas, Nevada 89052
Michigan Bar No. P76987
(Admitted *Pro Hac Vice*)                            *Attorneys for Defendants*
BRANDON L. DEBUS
Michigan Bar. No. P81159
(Admitted *Pro Hac Vice)*
2600 West Big Beaver Rd., Ste.300
Troy, MI 48084

*Attorneys for Plaintiff*


**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _11/20/2018_____

