**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
STEVEN A. CALOIARO
Nevada Bar No. 12344
Email: scaloiaro@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

FRANKLIN M. SMITH
Michigan Bar No. P76987 (Admitted *Pro Hac Vice*)
Email: fsmith@dickinson-wright.com
BRANDON L. DEBUS
Michigan Bar No. 81159 (Admitted *Pro Hace Vice*)
Email: bdebus@dickinson-wright.com
2600 W. Big Beaver Rd., Suite 300
Troy, MI 48084
Tel: (248) 433-7200
Fax: (844) 670-6009

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ACCLAIM LIGHTING, INC., a Georgia corporation;<br><br>Plaintiffs,<br>vs.<br><br>ROBERT BRUCK, an individual residing in La Crescenta, California; and BRUCK CONCEPTS, D/B/A INNOVATIONS IN LIGHTING, a California corporation,<br><br>Defendants. | CASE NO: 2:17-cv-00147-RFB-GWF<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Acclaim Lighting, Inc. and Defendants Robert Bruck and Bruck Concepts d/b/a Innovations in Lighting, by and through their respective undersigned counsel of record, hereby jointly stipulate and move the Court to dismiss with prejudice all claims in the above-referenced action with each party to bear its own



fees and costs.

DATED this 14th day of January, 2019.

| **DICKINSON WRIGHT PLLC** | **KARISH & BJORGUM, PC** |

/s/ John L. Krieger
John L. Krieger
Nevada Bar No. 6023
Steven A. Caloiaro
Nevada Bar No. 12344
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

Franklin M. Smith
Michigan Bar No. P76987
(Admitted *Pro Hac Vice*)
Brandon L. Debus
Michigan Bar No. 81159
(Admitted *Pro Hac Vice*)
2600 W. Big Beaver Rd., Suite 300
Troy, MI 48084

*Attorneys for Plaintiff*

/s/ Marc Karish
Marc Karish
(*Pro Hac Vice*)
119 E. Union Street, Suite B
Pasadena, California 91103

Jeffrey D. Olster
Nevada Bar No. 8864
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendants*

Upon the joint stipulation of Plaintiff Acclaim Lighting, Inc. and Defendants Robert Bruck and Bruck Concepts d/b/a Innovations in Lighting to dismiss all claims in the above-referenced action, the Court hereby **DISMISSES** all claims in the above-referenced case **WITH PREJUDICE**, each party to bear its own fees and costs.

So ORDERED this  15th  day of January, 2019.

_____
United States District Court Judge
Richard Franklin Boulware II

